BRIDGET REYNOLDS et al., Respondents, *v.* JOHN REY-
NOLDS, Individually and as Executor of JOHN McGUIRE,
Deceased, Defendant, and MARGARET SHEARAN et al.,
Appellants.

(Argued May 22, 1916; decided May 30, 1916.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the second
judicial department, entered November 18, 1915, affirm-
ing a judgment in favor of plaintiffs entered upon a
decision of the court on trial at Special Term in an
action to impress a trust upon personal property of John
McGuire, deceased.

The motion was made upon the ground of failure to
file the undertaking on appeal.

*Henry F. Cochrane* for motion.

*L. J. Morrison* opposed.

Motion denied, without costs.